**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ruffino TORRES–PINEDA, a.k.a.**
**Nino, Defendant–Appellant.**

**No. 13–14527**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 12, 2014.

Michael V. Herskowitz, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

David H. Jones, David H. Jones, Esq., Atlanta, GA, for Defendant–Appellant.

Ruffino Torres–Pineda, Yazoo City, MS, pro se.

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

David H. Jones, appointed counsel for Ruffino Torres–Pineda in this direct criminal appeal, has moved to withdraw from further representation of Torres–Pineda and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Torres–

Pineda's convictions and sentences are AF-FIRMED.